IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

STEPHANIE ANN DIXON                                                                              PLAINTIFF

vs.                                        Civil No. 4:14-cv-04101

CAROLYN W. COLVIN                                                                              DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Before the Court is the Report and Recommendation filed on March 2, 2015 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 11. Judge Bryant recommends that this case be remanded pursuant to Sentence Six of Section 205(g) of the Social Security Act. 42 U.S.C. § 405(g). The Parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. The matter is hereby remanded pursuant to Sentence Six of Section 205(g) of the Social Security Act.

IT IS SO ORDERED this 25th day of March, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge