IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

STEPHANIE ANN DIXON                                                                        PLAINTIFF

vs.                                      Civil No. 4:14-cv-04101

NANCY BERRYHILL                                                                            DEFENDANT
Commissioner, Social Security Administration

## ORDER

Pending now before this Court is Defendant's Motion to Reinstate Case. ECF No. 13. This matter was previously remanded pursuant to Sentence Six of 42 U.S.C. § 405(g). ECF No. 12. The Court has reviewed the Motion and finds the Motion should be **GRANTED.**

**IT IS THEREFORE ORDERED** that Defendant's Motion to Reinstate Case (ECF No. 13) is hereby **GRANTED**. Defendant is permitted to file an answer and a certified copy of the full transcript in this matter within thirty (30) days of the date of this order.

**IT IS SO ORDERED this 15th day of September, 2017.**

> /s/   Barry A. Bryant
> Honorable Barry A. Bryant
> United States Magistrate Judge